**April 9, 2025**

**FILED**
April 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____cap_____
　　　　　　DEPUTY

Clerk of the Court
U.S. District Court
Western District of Texas
Waco Division
800 Franklin Avenue, Room 380
Waco, TX 76701

**RE: Request to Proceed Anonymously & Motion to Quash Subpoena**
**Case No: 6:24-cv-00363-ADA**
**Plaintiff: Ansys, Inc. v. Does 1–359**

Dear Clerk of the Court,

I am submitting a **Motion to Quash the subpoena** in the case referenced above. I have been named in the subpoena as **Doe Defendant** No. 7, associated with IP address 70.178.80.242, which was assigned by Cox Communications.

I respectfully request permission to proceed anonymously under my Doe designation to protect my privacy while exercising my legal rights.

Enclosed with this letter are the following documents for filing:

1. Cover Letter
2. Motion to Quash Subpoena
3. Supporting Declaration
4. Exhibit A

I kindly request that these materials be filed under the above-referenced case number while maintaining my anonymity as Doe Defendant No. 7. I also respectfully request that the Court withhold disclosure of my name and contact information unless it finds such disclosure legally necessary.

Thank you for your attention to this matter.

Sincerely,


/s/ Doe Defendant No. 7

Doe Defendant No. 7

ISP: Cox Communication, IP Address 70.178.80.242

Pro Se