# EXHIBIT 1



Subpoena Compliance Office
Cox Enterprises, Inc.
6205 A Peachtree Dunwoody Rd. 16th Floor
Atlanta, GA 30328
Phone: (404) 269-0100
Fax: (404) 269-1898
SubpoenaResponse@cox.com

## RESPONSE TO LAW ENFORCEMENT INFORMATION REQUEST

To:     John F. Luman III, Esq.
From:   Subpoena Specialist, Subpoena Compliance Team, , Cox Enterprises
Date    April 15, 2025
Re:     *Ansys, Inc. vs. Does 1 through 359* - Subpoena
Number of pages (including cover):    8

In response to your request, Cox Communications ("Cox") provides the below information. Please note, the subscriber associated with IP address 70.178.80.242 has provided Cox with a copy of a Motion to Quash the subpoena. We have received confirmation that the document was received by the Western District Court of Texas Waco Division, however we are currently awaiting the filed copy.

Please be advised that we are providing records retained by Cox for limited business purposes and cannot guarantee that they necessarily represent information linking the identified customer to your investigation. The information provided is from Cox systems of record, which are maintained for its business purposes and not for law enforcement or litigation matters. As such, Cox accepts no responsibility for any use you may make of this response. Please check to assure that the search performed was accurate and responsive before proceeding with its use.

| Responsive Records re | 98.161.154.88 |
|---|---|
| Requested Timeframe: | 02/17/2024 20:26 |
| **Subscriber Information:** | |
| Name: | [REDACTED] |
| Address: | [REDACTED] |
| Telephone: | [REDACTED] |
| Email address/es: | [REDACTED] |
| **Account / Service Information** | |
| Account Number: | [REDACTED] |

| Responsive Records re | 70.171.36.104 |
|---|---|
| Requested Timeframe: | 03/27/2024 21:12 |
| **Subscriber Information:** | |
| Name: | [REDACTED] |
| Address: | [REDACTED] |
| Telephone: | [REDACTED] |
| Email address/es: | [REDACTED] |
| **Account / Service Information** | |
| Account Number: | [REDACTED] |

EXHIBIT 1

| Responsive Records re | 24.251.140.14 |
|---|---|
| Requested Timeframe: | 03/26/2023 14:33 |
| **Subscriber Information:** | |
| Name: Address: Telephone: Email address/es: | ■■■■■■■■■■ |
| Account Number: | ■■■■■■ |

| Responsive Records re | 68.231.112.27 |
|---|---|
| Requested Timeframe: | 01/13/2023 05:47 |
| **Subscriber Information:** | |
| Name: Address: Telephone: Email address/es: | ■■■■■■■■■■ |
| **Account / Service Information** | |
| Account Number: | ■■■■■■ |

| Responsive Records re | 68.98.58.232 |
|---|---|
| Requested Timeframe: | 03/15/2023 21:26 |
| **Subscriber Information:** | |
| Name: Address: Telephone: Email address/es: | ■■■■■■■■■■ |
| **Account / Service Information** | |
| Account Number: | ■■■■■■ |

| Responsive Records re | 68.5.232.242 |
|---|---|
| Requested Timeframe: | 11/29/2022 18:41 |
| **Subscriber Information:** | |
| Name: Address: Telephone: Email address/es: | ■■■■■■■■■■ |
| **Account / Service Information** | |
| Account Number: | ■■■■■■ |

| Responsive Records re | 72.199.32.201 |
|---|---|
| Requested Timeframe: | 12/22/2022 01:30 |
| **Subscriber Information:** | |
| Name: | █ |
| Address: | █ |
| Telephone: | █ |
| Email address/es: | █ |
| **Account / Service Information** | |
| Account Number: | █ |

| Responsive Records re | 70.175.159.14 |
|---|---|
| Requested Timeframe: | 04/09/2024 21:02 |
| **Subscriber Information:** | |
| Name: | █ |
| Address: | █ |
| Telephone: | █ |
| Email address/es: | █ |
| **Account / Service Information** | |
| Account Number: | █ |

| Responsive Records re | 70.181.76.3 |
|---|---|
| Requested Timeframe: | 09/22/2023 17:20 |
| **Subscriber Information:** | |
| Name: | █ |
| Address: | █ |
| Telephone: | █ |
| Email address/es: | █ |
| **Account / Service Information** | |
| Account Number: | █ |

| Responsive Records re | 174.67.36.23 |
|---|---|
| Requested Timeframe: | 03/30/2024 20:46 |
| **Subscriber Information:** | |
| Name: | █ |
| Address: | █ |
| Telephone: | █ |
| Email address/es: | █ |
| **Account / Service Information** | |
| Account Number: | █ |

| Responsive Records re | 98.162.212.66 |
|---|---|
| Requested Timeframe: | 10/29/2023 15:44 |
| **Subscriber Information:** | |
| Name: | ███ |
| Address: | ███ |
| Telephone: | ███ |
| Email address/es: | ███ |
| **Account / Service Information** | |
| Account Number: | ███ |

| Responsive Records re | 98.176.180.235 |
|---|---|
| Requested Timeframe: | 11/19/2023 16:24 |
| **Subscriber Information:** | |
| Name: | ███ |
| Address: | ███ |
| Telephone: | ███ |
| Email address/es: | ███ |
| **Account / Service Information** | |
| Account Number: | ███ |

| Responsive Records re | 184.182.37.157 |
|---|---|
| Requested Timeframe: | 12/17/2023 17:52 |
| **Subscriber Information:** | |
| Name: | ███ |
| Address: | ███ |
| Telephone: | ███ |
| Email address/es: | ███ |
| **Account / Service Information** | |
| Account Number: | ███ |

| Responsive Records re | 72.211.195.32 |
|---|---|
| Requested Timeframe: | 12/19/2023 17:30 |
| **Subscriber Information:** | |
| Name: | ███ |
| Address: | ███ |
| Telephone: | ███ |
| Email address/es: | ███ |
| **Account / Service Information** | |
| Account Number: | ███ |

| Responsive Records re | 68.11.147.164 |
|---|---|
| Requested Timeframe: | 04/03/2024 14:49 |
| **Subscriber Information:** | |
| Name: Address: Telephone: Email address/es: | [redacted] |
| **Account / Service Information** | |
| Account Number: | [redacted] |

| Responsive Records re | 98.177.63.55 |
|---|---|
| Requested Timeframe: | 01/11/2024 15:08 |
| **Subscriber Information:** | |
| Name: Address: Telephone: Email address/es: | [redacted] |
| **Account / Service Information** | |
| Account Number: | [redacted] |

| Responsive Records re | 70.187.88.74 |
|---|---|
| Requested Timeframe: | 01/21/2024 02:09 |
| **Subscriber Information:** | |
| Name: Address: Telephone: Email address/es: | [redacted] |
| **Account / Service Information** | |
| Account Number: | [redacted] |

| Responsive Records re | 174.77.220.178 |
|---|---|
| Requested Timeframe: | 03/30/2024 14:46 |

This is a static IP address; we do not have logs or any other way to conclusively say that this customer was using the specified IP on the date/time requested.

| **Subscriber Information:** | |
|---|---|
| Name: Address: Telephone: Email address/es: | [redacted] |
| **Account / Service Information** | |
| Account Number: | [redacted] |

| | |
|---|---|
| **Responsive Records re** | **72.219.183.103** |
| Requested Timeframe: | 03/06/2024 00:02 |
| **Subscriber Information:** | |
| Name:<br>Address:<br>Telephone:<br>Email address/es: | ██████████████ |
| **Account / Service Information** | |
| Account Number: | ██████ |

| | |
|---|---|
| **Responsive Records re** | **68.8.245.110** |
| Requested Timeframe: | 03/02/2024 17:28 |
| **Subscriber Information:** | |
| Name:<br>Address:<br>Telephone:<br>Email address/es: | ██████████████ |
| **Account / Service Information** | |
| Account Number: | ██████ |

| | |
|---|---|
| **Responsive Records re** | **70.185.129.230** |
| Requested Timeframe: | 03/23/2024 11:06 |
| **Subscriber Information:** | |
| Name:<br>Address:<br>Telephone:<br>Email address/es: | ██████████████ |
| **Account / Service Information** | |
| Account Number: | ██████ |

| | |
|---|---|
| **Responsive Records re** | **68.11.216.3** |
| Requested Timeframe: | 03/30/2024 23:29 |
| **Subscriber Information:** | |
| Name:<br>Address:<br>Telephone:<br>Email address/es: | ██████████████ |
| **Account / Service Information** | |
| Account Number: | ██████ |

| **Responsive Records re** | **72.223.0.45** |
|---|---|
| Requested Timeframe: | 04/01/2024 20:29 |
| **Subscriber Information:** | |
| Name:<br>Address:<br>Telephone:<br>Email address/es: | ▉▉▉▉▉▉▉▉▉▉▉▉ |
| **Account / Service Information** | |
| Account Number: | ▉▉▉▉▉ |

| **Responsive Records re** | **184.188.101.162** |
|---|---|
| Requested Timeframe: | 04/22/2024 09:18 |
| This is a static IP address; we do not have logs or any other way to conclusively say that this customer was using the specified IP on the date/time requested. | |
| **Subscriber Information:** | |
| Name:<br>Address:<br>Telephone:<br>Email address/es: | ▉▉▉▉▉▉▉▉▉▉▉▉ |
| **Account / Service Information** | |
| Account Number: | ▉▉▉▉▉ |

# RECORDS CUSTODIAN INFORMATION FOR
# COX COMMUNICATIONS

See also:  https://www.cox.com/aboutus/policies/law-enforcement-and-subpoenas-information.html or call (404) 269-0100
Cox Privacy Notice:  https://www.cox.com/aboutus/policies/annual-privacy-notice.html

As of 11/16/2022

**SubpoenaResponse@cox.com**
**Fax: (404) 269-1898**

**Service of Process -** Cox Communications and its subsidiaries accept service of subpoenas, warrants and court orders, subject to payment of costs, by email at SubpoenaResponse@cox.com or by fax at (404) 269-1898.  We do not accept service at any of our local offices.  Our physical address is Records Custodian, Cox Communications, 6205-B Peachtree Dunwoody Rd, Atlanta, GA 30328. Physical service may be made on the agent for service of process for Cox Communications, available from the Secretary of State wherever we do business or on Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, GA 30092.

**Restrictions -** Acceptance of service by facsimile or email is strictly conditioned upon payment of charges. Cox reserves the right to require payment in advance, to withhold delivery until payment and to seek enforcement of charges, including cost of collection. Entities that fail to pay charges must serve process upon the registered agent for Cox Communications within the appropriate state and requests for expedited response will not be granted. You will be notified if hourly charges apply and can request an estimate.

**Response Time** - Requests are handled in the order received, subject to pending expedited requests. **Responsive information is generally provided within 20 business days.**  Expedited response for information other than call records, if available resources permit, will generally be provided within 3 business days.  Extensive toll, IP address and call record detail requests may require 30 days or more.

**Questions** – During business hours Eastern Time, all questions should be directed as follows:
- **Fax:**         **(404) 269-1898**
- **Email:**        **SubpoenaResponse@cox.com**
- **Phone**        **(404) 269-0100** (Voice messages will be returned within 1 business day)

**Status Requests - For security reasons, all questions must be submitted in writing along with a copy of the subpoena and response**.  To prevent delays in response to your request and those of others, please do not ask for the status of a request prior to 20 business days for subscriber information, 3 days for expedited requests, and 30 days for call records.  You may then send a copy of your original subpoena with a cover page asking for the status.

**Records Retention -** The following retention policies generally apply to frequently sought records:

| | |
|---|---|
| IP Assignment Logs | Up to 6 months |
| Call Records | 18 months (up to 36 in certain states) |
| Security Activity Logs | 13 months |
| Security Video Clips and Images* | 30 days |
| Security Constant Video Recording* | 10 days |
| LEA Preservation Requests | 90 days (additional 90 days upon further request) |

*Please submit requests for security video as expedited/emergency requests.

**Requirement for Court Order or Warrant –** Except as provided in 18 USC 2703, content of communications may not be provided without court order or warrant.

**Cost Reimbursement** (18 U.S.C.§ 2706)

| | | |
|---|---|---|
| ☐ | $50.00 | Per account for basic information * |
| ☐ | $40.00 | Per account for alarm activity information |
| ☐ | $25.00 | Per account for alarm activity information (Cox Customers only) |
| ☐ | $100.00 | Expedited handling fee |
| ☐ | $50.00/Month | Telephone call detail records (other than toll) |
| ☐ | No Charge | Telephone toll record and Cox telephone subscriber records of 10 or less** |
| ☐ | $25.00/first 3 months $25 each addt'l | Telephone call detail records (civil cases, for customers) |
| ☐ | $5.00/Account | In excess of 10 subscribers |
| ☐ | $75.00/Hr./Staff | Requests requiring greater than 0.5 hours ($40.00 minimum) |
| ☐ | $80.00 | Preservation Requests |
| ☐ | No Charge | Non-expedited child pornography or endangerment investigations and investigations of harassing or abusive calls, if documented when requested and unless expedited response is sought |
| ☐ | Pen Register/Trap and Trace | $1,550 initial installation, $1,000/month |
| ☐ | Wiretap | $2,100 initial installation, $1,775/month |
| | **Copyright Infringement Cases** | |
| ☐ | $60.00/per IP Address | 1-10 IP Addresses |
| ☐ | $55.00/per IP Address | 11-20 IP Addresses |
| ☐ | $50.00/per IP Address | 21 & up IP Addresses |

**\*As of July 1, 2021 requests based on IP addresses must include port number, date, time and time zone information in order to receive a response.**
\*\* Telephone subscriber requests from law enforcement in excess of 10 accounts or otherwise voluminous are subject to charge under 18 USC 2706. Law enforcement can determine providers at http://www.npac.com.  Telephone account information in civil matters is charged at $50 per account.

**Payment Methods:** Include invoice reference number with payment.
  Credit Card:   American Express, Visa and MasterCard accepted.
  Check:        Make payable to Cox Communications, Inc. (Tax ID # 58-2112281) (Dun's # 789111374-1234)
                Subpoena Compliance Payments
                Cox Communications
                6205 B Peachtree Dunwoody Rd. 16th Floor
                Atlanta, GA 30328
  EFT:          Contact us for instructions

**Contact Information -** (Please do not direct status requests or questions concerning subpoenas to these individuals.)

| | | |
|---|---|---|
| **Sharon Chang** | Sharon.Chang@cox.com | Phone:  (404) 269-6841 |
| **Karen Manley** | Karen.Manley@coxinc.com | Phone:  (678) 645-1195 |
| **Blaine Holton** (National Security/Classified – 24/7) | blaine.holton@coxinc.com | Phone: (678) 645-4853    Fax : (678) 645-5853 |
| **Eric Winter** (National Security/Classified – 24/7) | eric.winter@coxinc.com | Phone: (678) 645-0669    Fax: (678) 645-4002 |
| **National Operations Center** (after 5pm Eastern Time) | nocsubpoena2@cox.com | Phone:  (877) 696-1662 opt 3,3,2 |
| **Cox Home Security Emergencies Only** (after 5pm Eastern Time) | | Phone:  (800) 633-2677 |

**FAQ's:** https://www.cox.com/aboutus/policies/law-enforcement-and-subpoenas-information.html